IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ANTONE LAMANDINGO KNOX, | ) | |
|---|---|---|
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1077-D |
| | ) | |
| TOMMY SHARP | ) | |
| *Respondent*. | ) | |

## ORDER

Before the Court is the Report and Recommendation [Doc. No. 7] of United States Magistrate Judge Suzanne Mitchell, who attended to this matter pursuant to 28 U.S.C § 636(b)(1). Petitioner timely filed an objection [Doc. No. 8].

The Court, therefore, conducted a *de novo* review of the issues at hand. *See Colorado Bldg. & Constr. Trades Council v. B.B. Andersen Constr. Co.,* 879 F.2d 809, 810–11 (10th Cir. 1989). The Court agrees with the conclusions and recommendations in the Report. Petitioner's objections amount to excuses for why the filing fee has not been paid, yet the filing fee is not yet due. The Report simply concludes Petitioner has sufficient funds to make the payment. No purpose would be served by setting out any further analysis here.

The Court hereby **ADOPTS** the Report and Recommendation [Doc. No. 7] in its entirety. For the reasons stated therein, the Court finds Petitioner's Application [Doc. No. 2] to proceed without payment is **DENIED**.

Should Petitioner fail to pay the $5.00 filing fee in full to the Clerk of the Court within twenty-one (21) days of the issuance of this Order, this action shall be dismissed without prejudice to refiling, pursuant to LCvR3.3(e).

**IT IS SO ORDERED** this 5th day of December, 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge